UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   CHARLES LEROY WHITE                      CASE NO. 20-10139
   ANNA HOWLE WHITE                         JUDGE BENJAMIN A. KAHN
   4108 HOBBS ROAD
   GREENSBORO, NC  27410

      DEBTORS

SSN(1) XXX-XX-6165     SSN(2) XXX-XX-2328      DATE: 10/08/2020

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $530.25<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 5005<br>COMMENT: |
| BEACON TAX SERVICES<br>105 N MAIN ST STE A<br>KERNERSVILLE, NC  27284 | $0.00<br>INT: .00%<br>NAME ID: 181262<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO 15 LLC<br>% PRA RECEIVABLES MGMT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $2,602.08<br>INT: .00%<br>NAME ID: 170594<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 8934<br>COMMENT:  CAPITAL ONE |
| CACH LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $22,461.07<br>INT: .00%<br>NAME ID: 166257<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 1430<br>COMMENT: |
| CACH LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $22,665.58<br>INT: .00%<br>NAME ID: 166257<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 3528<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $298.05<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 0275<br>COMMENT: 320A |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $407.65<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 3631<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $701.07<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 4684<br>COMMENT: 320A |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---:|---|---|
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $3,825.49<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0018 | | (U) UNSECURED<br><br>ACCT: 2598<br>COMMENT: 320A |
| CAPITAL ONE NA<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $380.92<br>INT: .00%<br>NAME ID: 135165<br>CLAIM #: 0028 | | (U) UNSECURED<br><br>ACCT: 9616<br>COMMENT: KOHL'S |
| CITI CARDS<br>P O BOX 6500<br>SIOUX FALLS, SD  57117 | $0.00<br>INT: .00%<br>NAME ID: 34642<br>CLAIM #: 0020 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 4260<br>COMMENT: |
| CITI CARDS<br>P O BOX 6500<br>SIOUX FALLS, SD  57117 | $0.00<br>INT: .00%<br>NAME ID: 34642<br>CLAIM #: 0021 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 1385<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $16,610.96<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0024 | | (U) UNSECURED<br><br>ACCT: 0126<br>COMMENT: |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 38570<br>CLAIM #: 0038 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST PREMIER BANK<br>3820 N LOUISE AVENUE<br>SIOUX FALLS, SD  57107-0145 | $0.00<br>INT: .00%<br>NAME ID: 70362<br>CLAIM #: 0025 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 1624<br>COMMENT: |
| FIRST PREMIER BANK<br>3820 N LOUISE AVENUE<br>SIOUX FALLS, SD  57107-0145 | $0.00<br>INT: .00%<br>NAME ID: 70362<br>CLAIM #: 0026 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 7479<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0043 | | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD CO TAX DEPT<br>P O BOX 3328<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 10590<br>CLAIM #: 0001 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| IC SYSTEMS<br>P O BOX 64378<br>ST PAUL, MN  55164-0378 | $0.00<br>INT: .00%<br>NAME ID: 1974<br>CLAIM #: 0027 | | (U) UNSECURED<br>NOT FILED<br>ACCT: XXXX<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $29,517.41<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | | (P) PRIORITY<br><br>ACCT: 6165<br>COMMENT: OC,520A,420A |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---:|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $13,888.00<br>INT: 5.00%<br>NAME ID: 123769<br>CLAIM #:  0005 | | (S) SECURED<br><br>ACCT: 6165<br>COMMENT: OC,520A,420A | |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $480,449.83<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #:  0007 | | (U) UNSECURED<br><br>ACCT: 6165<br>COMMENT: 520A,420A | |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #:  0042 | | (U) UNSECURED<br>AMENDED<br>ACCT: 6165<br>COMMENT: 420CLM/WDRWN | |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,485.98<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #:  0031 | | (U) UNSECURED<br><br>ACCT: 3858<br>COMMENT: 820TFCL | |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $2,126.47<br>INT: .00%<br>NAME ID: 177262<br>CLAIM #:  0019 | | (U) UNSECURED<br><br>ACCT: 1049<br>COMMENT: | |
| LENDING CLUB<br>71 STEVENSON ST STE 300<br>SAN FRANCISCO, CA  94105 | $0.00<br>INT: .00%<br>NAME ID: 156021<br>CLAIM #:  0029 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 1463<br>COMMENT: | |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,343.89<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #:  0023 | | (U) UNSECURED<br><br>ACCT: 7658<br>COMMENT: | |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $12,879.15<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #:  0035 | | (U) UNSECURED<br><br>ACCT: 5974<br>COMMENT: | |
| MARINER FINANCE NORTH CAROLINA INC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $3,069.83<br>INT: .00%<br>NAME ID: 150555<br>CLAIM #:  0030 | | (U) UNSECURED<br><br>ACCT: 3594<br>COMMENT: | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 6165<br>COMMENT: | |
| NC DIVISION OF EMPLOYMENT SECURITY<br>P O BOX 25903<br>RALEIGH, NC  27611-5903 | $0.00<br>INT: .00%<br>NAME ID: 162954<br>CLAIM #:  0039 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $780.16<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #:  0013 | | (U) UNSECURED<br><br>ACCT: 3007<br>COMMENT: | |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41021<br>NORFOLK, VA  23541 | $0.00<br>INT:  .00%<br>NAME ID: 166309<br>CLAIM #: 0037 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $678.80<br>INT:  .00%<br>NAME ID: 142435<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 2853<br>COMMENT: |
| SOCIAL SECURITY ADMINISTRATION<br>SOUTHEASTERN PROGRAM SVC CTR<br>1200 REV ABRAHAM WOODS JR BLVD<br>BIRMINGHAM, AL  35285 | $0.00<br>INT:  .00%<br>NAME ID: 116845<br>CLAIM #: 0032 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7101<br>COMMENT: |
| SOCIAL SECURITY ADMINISTRATION<br>MATPSC<br>P O BOX 2861<br>PHILADELPHIA, PA  19122 | $13,038.00<br>INT:  .00%<br>NAME ID: 153367<br>CLAIM #: 0045 | (U) UNSECURED<br><br>ACCT: 2328<br>COMMENT: |
| SYNCHRONY BANK<br>ATTN BANKRUPTCY DEPT<br>P O BOX 965060<br>ORLANDO, FL  32896-5060 | $0.00<br>INT:  .00%<br>NAME ID: 171620<br>CLAIM #: 0033 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5039<br>COMMENT: |
| TD BANK USA NA<br>% WEINSTEIN & RILEY PS<br>P O BOX 3978<br>SEATTLE, WA  98124 | $2,414.51<br>INT:  .00%<br>NAME ID: 141078<br>CLAIM #: 0034 | (U) UNSECURED<br><br>ACCT: 2687<br>COMMENT: |
| THE BANK OF NY MELLON TRUST CO NA<br>MAILSTOP SBRP<br>P O BOX 5469<br>MOUNT LAUREL, NJ  08054 | MONTHLY PMT  $1,705.21<br>INT:  .00%<br>NAME ID: 182640<br>CLAIM #: 0004 | (H) ONGOING-SECURED<br><br>ACCT: 0535<br>COMMENT:  DT RERP,CTD EFF JULY20 |
| THE BANK OF NY MELLON TRUST CO NA<br>MAILSTOP SBRP<br>P O BOX 5469<br>MOUNT LAUREL, NJ  08054 | $2,853.27<br>INT:  .00%<br>NAME ID: 182640<br>CLAIM #: 0040 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 0535<br>COMMENT:  ARR THRU FEB20 |
| THE BANK OF NY MELLON TRUST CO NA<br>MAILSTOP SBRP<br>P O BOX 5469<br>MOUNT LAUREL, NJ  08054 | $6,820.84<br>INT:  .00%<br>NAME ID: 182640<br>CLAIM #: 0044 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 0535<br>COMMENT:  ARR MAR THRU JUN20 |
| THE BANK OF NY MELLON TRUST CO NA<br>MAILSTOP SBRP<br>P O BOX 5469<br>MOUNT LAUREL, NJ  08054 | $250.00<br>INT:  .00%<br>NAME ID: 182640<br>CLAIM #: 0046 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 0535<br>COMMENT:  POST PET FEES |
| VERIZON BY AMERICAN INFOSOURCE AS<br>AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $600.66<br>INT:  .00%<br>NAME ID: 176005<br>CLAIM #: 0041 | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| VW CREDIT INC DBA VOLKSWAGON<br>CREDIT<br>NATIONAL BANKRUPTCY SERVICES LLC<br>P O BOX 734400<br>DALLAS, TX  75370-4400 | $10,780.00<br>INT: 6.75%<br>NAME ID: 181697<br>CLAIM #: 0006 | (V) VEHICLE-SECURED<br><br>ACCT: 9000<br>COMMENT: 16VW |

PAGE 5  -  CHAPTER 13 CASE NO. 20-10139

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| VW CREDIT INC DBA VOLKSWAGON CREDIT<br>NATIONAL BANKRUPTCY SERVICES LLC<br>P O BOX 734400<br>DALLAS, TX  75370-4400 | $6,941.78<br>INT:  .00%<br>NAME ID: 181697<br>CLAIM #:  0008 | | (U) UNSECURED<br><br>ACCT:  9000<br>COMMENT:  SPLIT |
| WELLS FARGO BANK NA<br>% WELLS FARGO CARD SERVICES<br>P O BOX 9210<br>DES MOINES, IA  50306 | $2,321.99<br>INT:  .00%<br>NAME ID: 43374<br>CLAIM #:  0036 | | (U) UNSECURED<br><br>ACCT:  1979<br>COMMENT: |
| **TOTAL:** | **$665,480.90** | | |
| TOMMY S BLALOCK III ESQ<br>BLALOCK LAW OFFICES PA<br>620 GREEN VALLEY RD STE 209<br>GREENSBORO, NC  27408 | | $4,217.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/08/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtors
      Attorney for Debtors - Electronic Notice